UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MAGNOLIA TORQUE & TESTING INC** | **CASE NO. 6:25-CV-00180** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES L L C ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is a MOTION TO REMAND filed by Plaintiffs ("the Motion") [Doc. 20]. This Motion was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record, including the OBJECTIONS TO REPORT AND RECOMMENDATION filed [Docs. 53, 54], as well as MEMORANDUM IN OPPOSITION [Doc. 55] this Court concludes that the Magistrate Judge's AMENDED REPORT AND RECOMMENDATION [Doc. 48] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that consistent with the AMENDED REPORT AND RECOMMENDATION [Doc. 48], Plaintiff's MOTION TO REMAND [Doc. 20] is DENIED.

IT IS FURTHER ORDERED that Mt. Hawley's pending MOTION TO SEVER AND TO TRANSFER [Doc. 18] is set for hearing before undersigned on December 18, 2025, at 2:00 p.m. in Courtroom 1.

THUS DONE AND SIGNED in Chambers on this 4th day of December 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE