**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| MAGNOLIA TORQUE & TESTING, INC. | CIVIL ACTION NO. 25-0180 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, ET AL. | MAGISTRATE JUDGE AYO |

## ORDER

On January 8, 2026, the Court conducted a hearing and granted a motion to sever and transfer that had been filed by the defendant, Mt. Hawley Insurance Co. Record Document 60. As part of its ruling, the Court ordered the plaintiff, Magnolia Torque & Testing, Inc. ("Magnolia"), to "file an amended complaint fully restating the claims remaining in this district." *Id.* More than ninety (90) days have passed since that order and Magnolia has failed to comply. Accordingly, Magnolia must file the previously ordered amended complaint no later than May 11, 2026. Furthermore, Magnolia is warned that failure to file an amended complaint will result in dismissal of its action for failure to prosecute. *Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) ("The district court also has the inherent authority to dismiss an action sua sponte without motion by a defendant.").

Considering the foregoing,

1

**IT IS ORDERED** that Magnolia file an amended complaint restating the claims remaining in this district no later than **May 11, 2026**. Magnolia is warned that failure to do so will result in dismissal of its action for failure to prosecute.

**DONE AND SIGNED** at Shreveport, Louisiana, this 13th day of April, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE

2